# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| JAREN ALBERT, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:02-CV-277 |
| | ) | (Phillips) |
| OBER GATLINBURG, INC., et al., | ) | |
| Defendants. | ) | |

## ORDER

Currently pending before the court is plaintiffs' motion in limine to exclude

certain expert witnesses and expert opinions [Doc. 81]. The court has been informed that

the parties have resolved this issue. Accordingly, plaintiffs' motion in limine [Doc. 81] is

**DENIED AS MOOT.**

**IT IS SO ORDERED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge