UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAREN ALBERT, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:02-CV-277 |
| ) | (Phillips) |
| OBER GATLINBURG, INC., et al., ) | |
|     Defendants. ) | |

## ORDER

A final pretrial conference was held in this case on February 22, 2006, at which time the following action was taken:

I

The parties' joint motion to continue the trial date in this case is **GRANTED.** The trial is continued and will commence on **May 8, 2006 at 8:30 a.m.** A final pretrial conference/motion hearing will be held on **April 3, 2006 at 1:30 p.m.**

II

The parties' request to withdraw the following motions is also **GRANTED**: (1) Proposed Pretrial Order submitted by the parties [Doc. 120]; (2) Plaintiffs' motion to amend the complaint [Doc. 93]; (3) Plaintiffs' motion to compel [Doc. 123]; (4) Defendant Ober Gatlinburg's motion to quash deposition notice [Doc. 114]; (5) Defendants' motion in limine [Doc. 103]; (6) Defendants' motion in limine [Docs. 104, 116]; (7) Defendants' motion in

limine [Doc. 105]; (8) Defendants' motion to substitute Jaren Albert as plaintiff [Doc. 117]; (9) Defendant Smoky Mountain's motion in limine [Doc. 110]; (10) Defendant Ober Gatlinburg's motion to reconsider the court's ruling on summary judgment [Doc. 121]; and (11) Defendant Smoky Mountain's motion to reconsider the court's ruling on summary judgment [Doc. 118].

If the parties wish to refile motions for the court to consider, they must do so by **March 3, 2006**. Responses to any such motions shall be filed by **March 17, 2006.**

**IT IS SO ORDERED.**

             **ENTER:**

              s/ Thomas W. Phillips
              United States District Judge