<mark>AO 450 (Rev. 5/85) Judgment in a Civil Case</mark>

# United States District Court

_____**EASTERN**_____ DISTRICT OF _____**TENNESSEE**_____

| | |
|---|---|
| JAREN ALBERT | **JUDGMENT IN A CIVIL CASE** |
| V. | CASE NUMBER: 3:02-CV-277 |
| OBER GATLINBURG, INC., and<br>SMOKY MOUNTAIN SNOW SPORT<br>SCHOOL, INC. | |

[X]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff, Jaren Albert, take nothing and that the defendants, Ober Gatlinburg, Inc., and Smoky Mountain Snow Sport School, Inc., recover of the plaintiff, Jaren Albert, their costs of action.

| | |
|---|---|
| May 12, 2006 | Patricia L. McNutt, Clerk |
| Date | |
| | By  s/Janet M. Jackson, Deputy Clerk |